IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 APR 15 PM 1:43

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN - JACKSON

| | |
|---|---|
| AMERISURE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1-04-1159-T/An |
| ) | |
| H&M CONSTRUCTION COMPANY, INC., ) | |
| BPB AMERICA, INC., d/b/a BPB CELOTEX ) | |
| (Successor in Interest to Celotex Corporation), ) | |
| and BMH AMERICAS, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER ENLARGING TIME WITHIN WHICH BPB AMERICA, INC. MAY FILE A RESPONSIVE PLEADING

Defendant BPB America, Inc. d/b/a BPB Celotex (successor in interest to Celotex Corporation) ("BPB") has moved this Court for an enlargement of time within which to answer or otherwise respond to the Complaint. Plaintiff Amerisure Insurance Company consents to BPB's Motion for Extension of Time and is in agreement with respect to the same. The Court is otherwise sufficiently advised.

IT IS HEREBY ORDERED that the time within which BPB may file and serve its response to the Complaint in this action is enlarged up through and including May 2, 2005.

Entered this 15th day of April, 2005.

S. Thomas Anderson USMJ
~~James D. Todd~~
~~United States District Judge~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __04-15-05__



Approved for Entry:

*[signature]* by ZWA w/ permission

Stephen K. Heard
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219
615-244-6538

*Counsel for Plaintiff Amerisure Insurance Co.*


*[signature]*

L. Wearen Hughes
Bass, Berry & Sims PLC
315 Deaderick Street
Suite 2700
Nashville, TN 37238
615-742-6200

*Counsel for Defendant BPB America, Inc.*
*d/b/a BPB Celotex (successor in interest to Celotex*
*Corporation)*

Approved for Entry:

*[signature]* by ZWA w/ permission

Stephen K. Heard
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219
615-244-6538

*Counsel for Plaintiff Amerisure Insurance Co.*


*[signature]*

L. Wearen Hughes
Bass, Berry & Sims PLC
315 Deaderick Street
Suite 2700
Nashville, TN 37238
615-742-6200

*Counsel for Defendant BPB America, Inc.*
*d/b/a BPB Celotex (successor in interest to Celotex*
*Corporation)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on April 12th, 2005, via U.S. Mail, first class postage prepaid, on the following:

Stephen K. Heard
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219

Larry H. Montgomery
Lee J. Chase
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103

Mark Vorder-Bruegge
Wyatt, Tarrant & Combs
P.O. Box 775000
Memphis, Tennessee 38177-500

2563432.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:04-CV-01159 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

L. Wearen Hughes
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Stephen K. Heard
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT