IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1-04-1159-T/An |
| ) | |
| H&M CONSTRUCTION COMPANY, INC., ) | |
| BPB AMERICA, INC., d/b/a BPB CELOTEX ) | |
| (Successor in Interest to Celotex Corporation), ) | |
| and BMH AMERICAS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR ADMISSION PRO HAC VICE

Defendant BPB America, Inc. d/b/a BPB Celotex (successor in interest to Celotex Corporation) ("BPB America") has moved this Court to admit James M. Gary to practice *pro hac vice* in this case. The Court is otherwise sufficiently advised.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of James M. Gary is GRANTED and that Mr. Gary is hereby admitted to practice *pro hac vice* as counsel for BPB America in this matter.

Entered this 24 day of June, 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 06-28-05

Tendered by:

_____
L. Wearen Hughes
BASS, BERRY & SIMS PLC
Suite 2700 AmSouth Center
315 Deaderick Street
Nashville, TN  37238-3001
Tel: (615) 742-6200

*Counsel for Defendant BPB America, Inc.
d/b/a BPB Celotex (successor in interest to Celotex
Corporation)*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:04-CV-01159 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

L. Wearen Hughes
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Stephen K. Heard
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

James M. Gary
WEBER & ROSE, PSC
2400 Aegon Center
400 W. Market St.
Louisville, KY 40202

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT