FILED BY_____D.C.

05 SEP -7 PM 12: 32

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1-04-1159-T/An |
| ) | |
| H&M CONSTRUCTION COMPANY, INC., ) | |
| BPB AMERICA, INC., d/b/a BPB CELOTEX ) | |
| (Successor in Interest to Celotex Corporation), ) | |
| and BMH AMERICAS, INC., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER SUSPENDING ALL DEADLINES PENDING SETTLEMENT

Plaintiff Amerisure Insurance Company and Defendants H&M Construction Company, Inc., BPB America, Inc. d/b/a BPB Celotex (successor in interest to Celotex Corporation) and BMH Americas, Inc. (the "Parties") have moved this Court to suspend all pending deadlines in this case, based on a tentative settlement of this case that is in the process of being memorialized. The Court is otherwise sufficiently advised.

IT IS HEREBY ORDERED that all pending deadlines in this action, including Defendants' deadline to file their responses to Plaintiff's Motion for Summary Judgment (Docket No. 21), are hereby SUSPENDED. In the event a final order of dismissal is not filed with the Court on or before October 3, 2005, this Court will schedule a status conference related to (i) the status of completion of the pending settlement and/or (ii) the rescheduling of all pending deadlines that have been suspended based on this Order.

Entered this 6 day of September, 2005.

_____
Judge, U.S. District Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __9-8-05__



Approved for Entry:

*Stephen K. Heard* w/ permission Collen D. Hu
Stephen K. Heard
Stewart, Estes & Donnell
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219

*Counsel for Plaintiff*
*Amerisure Insurance Company*

*L. Wearen Hughes* w/ permission Collen D. Hu
L. Wearen Hughes
BASS, BERRY & SIMS PLC
Suite 2700 AmSouth Center
315 Deaderick Street
Nashville, TN 37238-3001
Tel: (615) 742-6200

and

James M. Gary
Weber & Rose, PSC
2400 AEGON Center
400 West Market Street
Louisville, KY 40202
Tel. (502) 589-2200

*Counsel for Defendant BPB America, Inc.*
*d/b/a BPB Celotex (successor in interest to Celotex*
*Corporation)*

*Larry H. Montgomery* w/ permission Collen D. Hu
Larry H. Montgomery
Lee J. Chase
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103

*Counsel for Defendant*
*H&M Construction Company, Inc.*

*Mark Vorder Bruegge Jr.* w/ permission Collen F. Hu
Mark Vorder-Bruegge, Jr.
Wyatt, Tarrant & Combs
P.O. Box 775000
Memphis, Tennessee 38177

*Counsel for Defendant BMH Americas, Inc.*

2

2602462.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CV-01159 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

L. Wearen Hughes
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stephen K. Heard
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James M. Gary
WEBER & ROSE, PSC
2400 Aegon Center
400 W. Market St.
Louisville, KY 40202

Honorable James Todd
US DISTRICT COURT